IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE GAIL CURTIS et al., | |
| Plaintiff, | |
| v. | Case No. 24-CV-243-JFH-GLJ |
| FIRST STAR FINANCIAL CORPORATION et al., | |
| Defendant. | |

# ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 29. The Magistrate Judge recommends that the Motion to Remand filed by Plaintiffs [Dkt. No. 11] be DENIED.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Plaintiffs' Motion to Remand [Dkt. No. 11] is DENIED.

IT IS SO ORDERED this 7th day of October 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE