IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JACKIE GAIL CURITS,

          Plaintiff,

v.                                                              Case No. 24-CV-243-JFH-GLJ

FIRSTAR FINANCIAL CORPORATION et al.,

          Defendants.

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 59. The Magistrate Judge recommends that Defendant Fort Gibson State Bank be dismissed from the action without prejudice. *Id.* at 2-3.

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Fort Gibson State Bank is hereby DISMISSED from the action without prejudice.

IT IS SO ORDERED this 3rd day of January 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE