**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JACKIE GAIL CURTIS**, *et al.*, | |
| **Plaintiff,** | |
| **v.** | **Case No. 24-CV-243-JFH-GLJ** |
| **SUSAN CHAPMAN,** | |
| **Defendant.** | |

## <u>ORDER</u>

Before the Court is the Report and Recommendation [Dkt. No. 111] of United States Magistrate Judge Gerald L. Jackson recommending that Defendant Susan Chapman's Motion for Summary Judgment [Dkt. No. 96] be granted in part and denied in part; that Plaintiffs' Motion to File their Response to Susan Chapman's Motion for Summary Judgment Out of Time [Dkt. No. 101] be granted; and that Defendant Chapman's request for sanctions be denied. No party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b).  Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of the Court.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to File their Response to Susan Chapman's Motion for Summary Judgment Out of Time [Dkt. No. 101] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [Dkt. No. 96] be GRANTED IN PART and DENIED IN PART.  Specifically, Plaintiffs' federal claims against Defendant Chapman shall be DISMISSED.  Plaintiffs' remaining state law claims for breach of contract, fraud, and intentional infliction of emotional distress shall be REMANDED to the District Court of Muskogee County, Oklahoma.

IT IS FURTHER ORDERED that Defendant's request for sanctions is DENIED.

IT IS SO ORDERED this 14th day of July 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE